

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00647-CV

**IN THE INTEREST OF J.D.H. AND D.M.D.C., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01776
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant appeals the trial court's termination of her parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that he sent a letter to appellant, which explained her right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that he had enclosed copy of the brief. *See Kelly*, 436 S.W.3d at 313; *In re R.R.*, 2003 WL 21157944, at *4.

Counsel's letter also advised appellant that if she wished to review the appellate record, she must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *In re R.R.*, 2003 WL 21157944, at *4. To date, no request for the record has been filed.

If appellant desires to file a *pro se* brief, we ORDER that she do so **on or before December 28, 2018**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court